# Order

Michigan Supreme Court
Lansing, Michigan

May 28, 2020

160034(71)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ROBIN RICK MANNING,
      Defendant-Appellant.
_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 160034
COA: 345268
Saginaw CC: 84-000570-FC

On order of the Chief Justice, the motion of Marty Brian Miller to file a brief amicus curiae is DENIED without prejudice to renewing the motion at the time a proposed amicus brief is submitted.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2020



Clerk